**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OL USA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>360 FITNESS SOLUTIONS CORP.,<br><br>　　　　　　Defendant. | CIVIL CASE NO.: 1:24-cv-05940-ERK-PK<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT AND INCORPORATED MEMORANDUM OF LAW** |

Pursuant to Fed. R. Civ. P. 55(b), Plaintiff OL USA, LLC ("Plaintiff"), respectfully requests that the Court enter default final judgment against Defendant 360 Fitness Solutions Corp. ("Defendant") and in support thereof state as follows:

## BACKGROUND

1. On August 26, 2024, Plaintiff filed its complaint (the "Complaint") against Defendant to recover certain amounts due and owing to Plaintiff resulting from Defendant's breach of obligations and duties as set forth in the Terms and Conditions and the Invoices (as defined in the Complaint). [D.I. 1].

2. On August 27, 2024, the Clerk of the United States District Court for the Eastern District of New York issued a Summons for service on Defendant. [D.I. 2].

3. On September 17, 2024, the New York Secretary of State effectuated service of process on Defendant pursuant to CPLR § 311(1) and Bus. Corp. L. § 306(b)(1)(i). [D.I. 5].

4. Pursuant to Fed. R. Civ. P. 12, Defendant was required to file an answer or response to the Complaint on or before October 8, 2024. Defendant failed to answer or otherwise respond to Plaintiff's Complaint or serve a copy of the answer or response on the undersigned counsel.

5. On October 15, 2024, the Court entered an Order directing Plaintiff to file proof of service on Defendant by October 18, 2024.

6. On October 15, 2024, Plaintiff filed a Request for Default against Defendant (the "Request for Default"). [D.I. 7]

7. On October 18, 2024, Plaintiff filed an Affidavit of Service stating that on October 16, 2024, Plaintiff caused a copy of (i) Case Docket, dated October 16, 2024; (ii) Complaint; (iii) Summons; (iv) Affirmation of Service [D.I. 6], dated September 19, 2024; and (v) Plaintiff's Request for Default, to be served on Defendant via FedEx. [D.I. 8]

8. Based on the Request for Default, the Clerk of Court entered a Certificate of Default against Defendant on October 31, 2024. [D.I. 9].

## MEMORANDUM OF LAW

9. Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff is entitled to an Entry of Final Default Judgment in a sum certain of $20,000.00 and respectfully requests that the Clerk of Court enter judgment in that amount.

10. Federal Rule of Civil Procedure 55 governs the procedure for obtaining a default judgment from the Clerk of Court. It provides "a two-step process for obtaining a default judgment. The first step is to obtain a default… [and the second step is to] seek a judgment by default under Rule 55(b)." *New York v. Green*, 420 F.3d 99, 104 (2d Cir. 2005). "Rule 55(b)(1) allows the clerk to enter a default judgment if the plaintiff's claim is for a sum certain and the defendant has failed to appear…" *Id.*; see Fed. R. Civ. P. 55(b)(1).

11. In the instant matter, Plaintiff obtained the necessary Certificate of Default from the Clerk of Court. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), "a defendant must serve an answer… within 21 days after being served with the summons and complaint." Defendant was properly served on September 17, 2024. [D.I. 6]. Based on this date of service, Defendant's responsive pleading was due to be filed by October 8, 2024. Defendant failed to file such

2

responsive pleading, and thus, Plaintiff sought entry of default by the Clerk of Court on October 15, 2024, pursuant to Federal Rule of Civil Procedure 55(a). The Clerk of Court entered default for not appearing against Defendant on October 31, 2024. [D.I. 9].

12. Further, Plaintiff has satisfied the requirements to be awarded final default judgment. Federal Rule of Civil Procedure 55 provides that provides that a final judgment may be entered under section (b)(1) under the following circumstances:

> If the plaintiff's claim is for a sum certain a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing…

Fed. R. Civ. P. 55(b)(1). Plaintiff has established through the accompanying certifications and relevant documentation that the sum certain amount of $20,000.00 is due and owing by Defendant as damages for their breach of obligations and duties under the Terms and Conditions and the Invoice, as set forth in the Affirmation of Deana S. Stein submitted herewith and incorporated herein by reference.

13. Based on the foregoing, Plaintiff respectfully requests this Clerk of Court grant this application for Default Judgment in the amount of $20,000.00 for unpaid maritime freight charges together with pre- and post-judgment interest and costs and all other just and appropriate relief determined by the Court.

Dated: November 19, 2024

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ Deana S. Stein
Deana S. Stein (DS5047)
127 Public Square, Suite 4900
Cleveland, OH 44119-2378
Telephone: (216) 363-6170
Email: dstein@beneschlaw.com
*Attorneys for Plaintiff OL USA, LLC*